IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Terrence Abdullah, | NO. C 06-05156 JW |
|     Plaintiff, | **ORDER OF DISMISSAL** |
|   v. | |
| Social Security Administration, | |
|     Defendant. | |

On August 23, 2006, pursuant to 28 U.S.C. § 1915(a), Plaintiff Terrence Abdullah filed an Application to Proceed in Forma Pauperis based on his declaration of poverty. (See Docket Item No. 2.) On September 14, 2006, the Court granted Plaintiff's application and pursuant to 28 U.S.C. 1915(d), dismissed Plaintiff's Complaint without prejudice. The Court granted Plaintiff leave to amend his Complaint within thirty (30) days of the Order. (See Order, Docket Item No. 4.) To date, Plaintiff has yet to file his Amended Complaint.

A district court has the authority to dismiss a case for lack of prosecution pursuant to its inherent authority and Rule 41(b) of the Federal Rules of Civil Procedure. See Link v. Wabash R. Co., 370 U.S. 626 (1962). Rule 41(b) states in pertinent part: "For failure of the plaintiff to prosecute or to comply with these rules or any order of the court, a defendant may move for dismissal of an action or of any claim against the defendant. . . . [A] dismissal under this subdivision . . . operates as an adjudication upon the merits." Fed. R. Civ. P. 41(b). "This power is necessary to prevent undue delay in the disposition of pending cases, docket congestion, and, the possibility of harassment of a defendant." Medeiros v. U.S., 621 F.2d 468, 470 (1st Cir. 1980).

1  The Court finds that Plaintiff's failure to follow its instruction constitutes lack of
2 prosecution. More than seven months have passed since Plaintiff's Amended Complaint was due;
3 this is further evidence that Plaintiff has abandoned the litigation. Accordingly, the Court
4 DISMISSES Plaintiff's Complaint pursuant to Rule 41(b) of the Federal Rules of Civil Procedural
5 which is a dismissal on the merits. Judgment will be entered in favor of Defendant.

7 Dated: July 6, 2007

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Terrence Abdullah
706 Colorado Avenue
Palo Alto, Ca 94303-3911

**Dated: July 6, 2007**                                   **Richard W. Wieking, Clerk**

                                                          **By:   /s/ JW Chambers
                                                                  Elizabeth Garcia
                                                                  Courtroom Deputy**